UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 08-cr-115-01-JD

<u>Jason Bissonnette</u>


<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                   <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                   Joseph A. DiClerico, Jr.
                                                   United States District Judge

Date: December 22, 2008


cc:   Robert Veiga, Esq.
      James Gleason, Esq.
      U.S. Marshal
      U.S. Probation